IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10-CR-431-KI |
| Plaintiff, | |
| v. | ORDER FOR DISMISSAL OF INFORMATION |
| JOHN ADAM HARRIS, | |
| Defendant. | |

On Motion of the government,

IT IS HEREBY ORDERED that the Information in this case as to defendant JOHN ADAM HARRIS is dismissed for the reason that the defendant has generally complied with the conditions set forth in his Pretrial Diversion Agreement during his period of pretrial supervision (6/2/11-11/2/11).

Dated this 12th day of ~~November~~ Dec., 2011.

_____
HONORABLE GARR M. KING
United States District Judge

Presented by:

S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon

*Scott Asphaug*

SCOTT ASPHAUG
Assistant United States Attorney